USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GE SEACO SRL,

                Plaintiff,

     -against-

CONTINENTAL TRADERS (BD) LTD. and
OCEAN INTERNATIONAL LIMITED,

                Defendants.
-----------------------------------------------------------X

09 Civ. 00769 (RMB)

ORDER DIRECTING JP MORGAN CHASE ~~AMERICAN EXPRESS~~ BANK TO PAY ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

**WHEREAS** JP MORGAN CHASE BANK is garnishee of assets of Defendant CONTINENTAL TRADERS (BD) LTD. in the amount of US$144,202.00 pursuant to process of maritime attachment issued in the above-captioned maritime action pursuant to Order of this Court; and

**WHEREAS** the Plaintiff hereby applies for an Order that the funds attached at JP MORGAN CHASE BANK should be paid into the Registry of the Court and deposited in an interest bearing account; and good cause having been shown for such an order;

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Garnishee shall pay the attached funds into the Registry of this Court [by 9/23/09] and Garnishee shall have discharged its obligations as garnishee in this action upon making such payment of the attached funds into the Registry of this Court; and it is further

12/3786

- 1 -

**ORDERED** that the Clerk of the Court shall deposit the attached funds in an account in which the attached funds will earn interest to abide the further Order of this Court.

Dated: New York, New York
9/9/09

SO ORDERED:

RMB
Richard M. Berman, U.S.D.J.

12/3786